IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **DONG-A STEEL COMPANY,**<br>　　　　　Plaintiff,<br>and<br>**KUKJE STEEL CO., LTD.,**<br>　　　　　Consolidated Plaintiff,<br>v.<br>**UNITED STATES,**<br>　　　　　Defendant,<br>and<br>**ATLAS TUBE, SEARING INDUSTRIES, INDEPENDENCE TUBE CORPORATION, SOUTHLAND TUBE, INCORPORATED, and NUCOR TUBULAR PRODUCTS INC.,**<br>　　　　　Defendant-Intervenors. | Before: Hon. Gary S. Katzmann,<br>　　　　　Judge<br><br>Consol. Court No. 19-00104 |

## NOTICE OF APPEAL

Notice is hereby given that Nucor Tubular Products Inc.,[1] Defendant-Intervenor in the above-named case, appeals to the United States Court of Appeals for the Federal Circuit from the decision, order, and judgment of the U.S. Court of International Trade entered in this action, *Dong-A Steel Co. v. United States*, Consol. Ct. No. 19-00104, slip op. 21-79 (Ct. Int'l Trade June 24, 2021), ECF No. 81; Judgment Order, Consol. Ct. No. 19-00104 (Ct. Int'l Trade June 24, 2021), ECF No. 82.

---

[1] The corporate entities Independence Tube Corp. and Southland Tube, Inc., which were divisions of Nucor Tubular Products Inc., have now been fully incorporated and subsumed into Nucor Tubular Products Inc.

**Consol. Court No. 19-00104**

                                        Respectfully submitted,

                                        */s/ Alan H. Price*
                                        Alan H. Price, Esq.
                                        Robert E. DeFrancesco, III, Esq.
                                        Enbar Toledano, Esq.
                                        Jake R. Frischknecht, Esq.

                                        *Counsel for Nucor Tubular Products Inc.*

Dated: July 15, 2021